UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 002739 PAM/JGL

Susan Diamond,

Plaintiff,

v.

HealthPartners assumed name,
d/b/a HealthPartners, Inc.,

Defendant.

**DEFENDANT HEALTHPARTNERS' STIPULATION TO AMEND ANSWER**

The parties by and through their counsel hereby stipulate that the Answer in the above-captioned matter is amended to include an affirmative defense with respect to Plaintiff's disability harassment claim, in the form attached hereto. This Stipulation shall not be construed as an acknowledgment as to the merit of the asserted defense.

Dated: March 15, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ____________________
Penelope J. Phillips, Esq., #200876
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4302
(612) 373-8428

ATTORNEYS FOR DEFENDANT

MAR 30 2001
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

174057

Dated: March 23, 2001

BERTELSON LAW OFFICES, P.A.

By: ______________________

Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Ave. North
Minneapolis, MN 55401
(612) 278-9832

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED.

By: ______________________
Judge/Magistrate of the District Court

174057