UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. No. 00-CV-2739 (PAM/JGL)

Susan Diamond,

Plaintiff,

v.

HealthPartners assumed name,
d/b/a HealthPartners, Inc.,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

The parties by and between their respective counsel hereby stipulate to extend the deadlines in the pretrial scheduling order as set forth below:

1. Plaintiff's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before October 1, 2001.

2. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before November 1, 2001.

3. All other deadlines set forth in the Court's Scheduling Order shall remain unchanged.

Dated: 7/20, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Penelope J. Phillips, Esq., #200876
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4302
(612) 373-8428

ATTORNEYS FOR DEFENDANT

FILED 7-24-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

MPLS 185919-1

Dated: 17 July, 2001

BERTELSON LAW OFFICES, P.A.

By: ______________________________

Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Ave. North
Minneapolis, MN 55401
(612) 278-9832

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED.

Dated: July 24, 2001

By: ______________________________
Judge/Magistrate of the District Court