UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civ. No. 00-CV-2739 (PAM/JGL)

Susan Diamond,

Plaintiff,

v.

HealthPartners assumed name,
d/b/a HealthPartners, Inc.,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

---

The parties by and between their respective counsel hereby stipulate to extend the deadlines in the pretrial scheduling order as set forth below:

1. Plaintiff's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before December 1, 2001.

2. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before January 1, 2002.

3. Discovery shall be commenced in time to be completed by January 1, 2002.

4. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, January 1, 2002.

5. All dispositive motions shall be briefed, submitted, and argued on or before March 1, 2002.

6. The case shall be ready for trial on May 1, 2002, at which time the case will be placed on the Court's Jury trial calendar.

SEP 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 9/17/01, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ____________________
Penelope J. Phillips, Esq., #200876
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4302
(612) 373-8428

ATTORNEYS FOR DEFENDANT

Dated: 9/11, 2001

BERTELSON LAW OFFICES, P.A.

By: ____________________
Beth E. Bertelson (#186806)
David J. Schaibley (#279250)
101 Union Plaza
333 Washington Ave. North
Minneapolis, MN 55401
(612) 278-9832

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED.

Dated: Sept. 20, 2001

By: ____________________
Judge/Magistrate of the District Court