**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Susan Diamond,

Plaintiff,

v.

Health Partners,

Defendant.

Civil 00-2739 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November 6 , 2001

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________